UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the
representative of a class of similarly situated persons,

                                                                            Civil Action No. 18-cv-4630

                               Plaintiffs,

                                                    **STIPULATION**

                -against-

INCASE DESIGNS CORP.,

                              Defendant.
----------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, pursuant to F.R.C.P. 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, with prejudice, without costs or fees payable to either party.

       This stipulation may be executed in counterparts and facsimile or electronic execution hereof shall have the same effect and be treated as original.

Dated:     New York, New York
              ~~January~~ February 5, 2019

| | |
|---|---|
| SHAKED LAW GROUP, P.C.<br>Attorneys for Plaintiffs<br><br>By: _____<br>Dan Shaked, Esq.<br>44 Court Street, Suite 1217<br>Brooklyn, NY 11201<br>(917) 373-9128 | RIVKIN RADLER LLP<br>Attorneys for Defendant<br><br>By: _____<br>Nancy A. Del Pizzo, Esq.<br>21 Main Street, Court Plaza South<br>West Wing, Suite 158<br>Hackensack, New Jersey 07601<br>(201) 287-2472 |

**SO ORDERED:**_____

**Dated:**_____